1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   ARMAND D. ROTH
4  Special Assistant United States Attorney
   California Bar No.  214624
5
       333 Market Street, Suite 1500
6      San Francisco, California 94105
       Telephone:  (415) 977-8924
7      Facsimile:  (415) 744-0134
       E-Mail:Armand.Roth@ssa.gov
8
   Attorneys for Defendant Commissioner of Social Security
9

10                  UNITED STATES DISTRICT COURT

11                  EASTERN DISTRICT OF CALIFORNIA

12                        **SACRAMENTO DIVISION**

13

14 SIARHEI SIDAREVICH,              )
                                    )      CIVIL NO. 08-CV-2288-EFB
15      Plaintiff,                  )
                                    )      STIPULATION AND PROPOSED ORDER
16      v.                          )      SETTLING ATTORNEY'S FEES
                                    )      PURSUANT TO THE EQUAL ACCESS TO
17 MICHAEL J. ASTRUE,               )      JUSTICE ACT, 28 U.S.C. § 2412(d)
   Commissioner of                  )
18 Social Security,                 )
                                    )
19      Defendant.                  )
   _____  )
20

21      IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel,

22 subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney

23 fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of $2,662.50.

24 This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in

25 connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

26      This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney

27 fees, and does not constitute an admission of liability on the part of Defendant under the EAJA.

28 Payment of  $2,662.50 in EAJA attorney fees, shall constitute a complete release from and bar to any

and all claims Plaintiff may have relating to EAJA fees in connection with this action.  Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted,

Dated: June15, 2010

/s/ *JESSE S. KAPLAN*
*(As authorized via email)*
JESSE S. KAPLAN
Attorney for Plaintiff

Dated: June15, 2010

BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ Armand D. Roth
ARMAND D. ROTH
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

This stipulation is APPROVED AND SO ORDERED.  Accordingly, plaintiff's motion for attorney fees, Dckt. No. 20, and the stipulation and request for an order granting defendant an extension of time to respond thereto, Dckt. No. 21, are denied as moot.

Dated:  June 22, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE